PRYOR CASHMAN LLP

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806          pryorcashman.com

**Joshua Zuckerberg**
Partner

Direct Tel: 212-326-0885
Direct Fax: 212-326-0806
JZuckerberg@pryorcashman.com

November 24, 2025

**VIA ECF**

Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

   Re: *Thomas v. Uniformed Fire Officers Association (UFOA) et al.*
     Civil Action No. 1:25-cv-06002-MMG

Dear Judge Garnett:

  We represent Defendant Uniformed Fire Officers Association (UFOA),[1] and individual Defendants James Brosi, James McCarthy, Jason Rigoli, and Steven Rabinowitz (collectively, the "UFOA Defendants") in the above-referenced matter. Your Honor issued an Order dated October 31, 2025 that scheduled the Initial Pretrial Conference (the "IPC") in this matter for December 2, 2025. Pursuant to Your Honor's Individual Rules and Practices in Civil Cases at 1(B)(1) and (5), we write jointly with counsel for Carlos Velez and Mark Guerra (collectively, the "NYC Defendants," and together with the UFOA Defendants, "Defendants") to respectfully request that the IPC be adjourned and that discovery be stayed until the Court rules on the UFOA Defendants' Motion to Dismiss and Strike (the "Motion"), and the NYC Defendants' forthcoming motion to dismiss.

  Defendants submit this request for several reasons. The UFOA Defendants filed their Motion on November 7, 2025, in which they argue that Plaintiff's Complaint largely restates claims and factual allegations already being litigated in *Thomas v. The City of New York et al*, Case No. 1:23-cv-03761-AMD-SDE. Even taken as a whole, the Complaint does not allege facts that meet the applicable pleading standards and instead reiterates his prior disagreements with the FDNY's and UFOA's decisions. Plaintiff has not filed a response, which was due on November 21, 2025. The NYC Defendants are currently preparing a motion to dismiss in response to the Complaint, which will be filed by November 30, 2025—just two days before the scheduled IPC— and is expected to contain similar arguments. The Court's rulings on the UFOA Defendants' Motion and the NYC Defendants' forthcoming motion to dismiss may resolve some or all of the issues in this matter, rendering any joint proposed case management plan and joint letter to the Court moot or premature.

---

[1] The UFOA is misnamed in the caption as "United Fire Officers Association."


PRYOR CASHMAN LLP

The Honorable Margaret M. Garnett
November 24, 2025
Page 2

Our office emailed Plaintiff to inquire whether he consents to our request. Plaintiff responded today, November 24, 2025, advising that he does not consent to our request. Our office apologizes for the delay in submitting this letter, as we were awaiting a response from Plaintiff. This is Defendants' first request for an adjournment of the IPC and a stay of discovery.

We thank Your Honor for your time and consideration.

Respectfully,

/s/ Joshua Zuckerberg
Joshua Zuckerberg

GRANTED. It is hereby ORDERED that the upcoming Initial Pretrial Conference scheduled for December 2, 2025, is ADJOURNED *sine die*; the parties are not required to submit the joint letter described in the Court's October 31, 2025 Order; and discovery is STAYED pending further order of the Court. The Clerk of Court is respectfully directed to terminate Dkt. No. 34.

SO ORDERED. Dated November 24, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE